UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 23-1519 JGB (KKx) | Date | January 24, 2024 |
|---|---|---|---|
| Title | *Dennis Cooper v. J. Natividad Abeja, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

None Present     None Present

**Proceedings:**   Order to Show Cause re Dismissal for Failure to Prosecute
   (IN CHAMBERS)

On August 1, 2023, Plaintiff Dennis Cooper ("Plaintiff") filed a complaint against Defendant J. Natividad Abeja ("Defendant") and Defendants Does 1 through 10. ("Complaint," Dkt. No. 1.) Plaintiff served Defendant with the summons and Complaint on September 7, 2023—accordingly, Defendant's answer was due on September 28, 2023. (Dkt. No. 15.) To date, Defendant has not filed an answer to the Complaint. On December 8, 2023, Plaintiff requested an entry of default against Defendant. (Dkt. No. 16.) The Clerk of this Court entered default against Defendant on December 12, 2023. ("Default," Dkt. No. 17.) To date, Plaintiff has not moved for default judgment against Defendant.

Federal Rule of Civil Procedure 41(b) grants the Court authority to *sua sponte* dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute her case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, it appears that Plaintiff has failed to prosecute the case with reasonable diligence because he has failed to file a motion for default judgment for over one month.

Accordingly, the Court, on its own motion, orders Plaintiff to file a motion for default judgment or to show cause in writing as to why he has not moved for default judgment, on or before **February 2, 2024**. Failure to comply with this order may result in dismissal of the action.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.

    **IT IS SO ORDERED.**