SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
DENNIS COOPER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>J. NATIVIDAD ABEJA; and DOES 1 to 10,<br><br>　　　　　Defendants. | **Case No.: 5:23-cv-01519 JGB (KKx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: March 11, 2024<br>Time: 9:00 a.m.<br>Courtroom: 1<br><br>Honorable Judge Jesus G. Bernal |

　　　　To Defendant J. NATIVIDAD ABEJA and the attorneys of record, if any: Please take notice that on March 11, 2024, at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 3470 Twelfth Street, Riverside, California, Plaintiff DENNIS COOPER will present Plaintiff's motion for default judgment against Defendant J. NATIVIDAD ABEJA. The Clerk has previously entered the default on said Defendant on December 12, 2023 (Dkt. #17).

　　　　At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant J. NATIVIDAD ABEJA is not a minor or incompetent person or

in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant J. NATIVIDAD ABEJA has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,097.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 1313 N. Waterman Ave., San Bernardino, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant J. NATIVIDAD ABEJA on February 2, 2024 by first class United States Mail, postage prepaid.

Dated:  February 2, 2024          **SO. CAL. EQUAL ACCESS GROUP**


By:     _/s/ Jason J. Kim_____
Jason J. Kim, Esq.
Attorneys for Plaintiff